The final case this morning is Lee v. Dillon. Good morning, Your Honor. My name is Feng Li. I proceed in this matter. Your Honor, I'd like to ask the court to give me permission to talk slowly, because I just had a stroke 18 days ago at the hospital, 13 days ago. Just talk slowly. My brain is not functioning 100%. I got a doctor's prescription to let me stay home and rest. Your Honor, just bear with me. I try to get my brain fully recovered. Thank you, Your Honor. Your Honor, in the year 2021, I filed a complaint in the district court against state judges. Your Honor, nobody likes to file a complaint against state judges. I don't like to do that.  Your Honor, I filed this 12 years in the state court, trying to get my name cleared. I asked for non-monetary damage. I wanted to get my name cleared. And I was labeled by the state judges as thief, stealing like almost a million dollars from clients. Your Honor, I did not do that. And before that, I had a good life, Your Honor. You can tell I'm an immigrant from China. I thought I fulfilled my American dreams. And after these things, my whole life got ruined. Lost my career, business, friendship, almost family. And I called my law school classmate, did not return my phone call anymore. Because this says I'm a thief who stole almost a million dollars from my former client. Your Honor, in the complaint, I paid the filing fee. I did not ask for informal properties. Based on the 28 UIC 1915. I did not ask the court to be free for this litigation. Your Honor, we know that 28 UIC is for the prisoners who have no money. Try to start a litigation and let the government pay the fee. I did not file a motion. I did not ask for that. So the district court dismissed my complaint. Saying that, you know, suspending, sorry, the word suspending without answer after I served defendant. And the district court cited three cases in the brief stating that it should be dismissed and suspended. But no such authority, district court dismissed my case, Your Honor. Because I paid the filing fee and it's not informal properties. Second, Your Honor, the district court claimed that the state judges has absolute immunity. Like I said, I really have no choice, Your Honor. I don't want to sue judges. You know, that's my 12-year fight with the state court. It just, nobody, no court won't listen to me. No state court won't give me a chance to show that I'm not a thief. The justice closed ear is going to be no justice, Your Honor. Justice closed eye is good. But when the court closed ears, there'll be no justice, Your Honor. For the immunity and Supreme Court 1908, this case, S. Party Young clearly stated that. If you sued judges not for monetary damage and only for prospective, injunctive or declaratory relief is permitted. I did not file the suit for monetary damage. One thing, I just want the court to clear my name. That's the only thing I ask. Give me a chance I can prove to the court that I did not steal any money from my former client. How is your, the declaration you seek, is it forward looking as opposed to seeking a declaration about things that happened in the past? It's continuous injury, Your Honor. I know you asked it. It's continuous. It's first, it started in the year 2017. And it's continuous because it's not a judgment. It's embedded in the opinion. When they suspended me, embedded in opinion. Now the judge, again, Judge Dillon, he's the judge for all the cases. And again, claims that I stole client's money, Your Honor. It's a continuous injury. Now, like I said, Your Honor, I lost everything. Nobody trusts me. My law school classmate, I called them, did not answer my phone call. Before, we were good friends, Your Honor. We always gathered together, and we have always gathered by the, sorry, by the restaurant classmate. Nobody talked to me anymore. And now I try to get my New York license restated. Then opposed by the SEC committee, Mr. Lee should return almost a million dollars. Your Honor, that's, I'm not asking for nothing else. Just get my name cleared. Your Honor, get my life back. That's the only thing I ask. I don't want money. Certainly in this whole proceeding, I'm not perfect. I should not distribute money when clients dispute that. Certainly, I'm for that thing. But the thing that I did not steal money, Your Honor. My whole life, I do not steal, Your Honor. That's, just ask the court, give me a chance. I can prove to the court, to everybody, that I'm not a thief, as the judge labeled, Your Honor. This is my last chance, Your Honor. If this federal court not help me, I'll be labeled a thief the rest of my life. But in reality, I'm not a thief. I did not steal a penny from my client. I have calculated disputes of funds all the way to the, accurate to the penny, Your Honor. So, I feel ashamed before my children. I told my children, if my name now got cleared, wouldn't I die in a tombstone for the false statement? Finley were labeled by certain judges as thieves who stole more than a million dollars from his former client. In reality, I did not. I did not steal a penny from my former client, Your Honor. I just needed to get my name cleared. No more than that, Your Honor. Thank you, Mr. Li. Thank you, Your Honor. Thank you. And we'll take the matter under advisement, and thank you for your argument this morning. That's the last case on the calendar, so I'll ask the clerk to adjourn court. Court stands adjourned.